#4  No Fee/No IFP        15BG/MR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALTIDOR GAJANAN # 69042
950 SECOND AVE 15219
ALLEGHENY COUNTY
CITY OF PITTSBURGH

RECEIVED
JUL - 9 2015
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

FOR: THE; COMMONWEALTH
            VS.                    15-0883
ALLEGHENY COUNTY FACILITY

ALLEGHENY CO. JAIL [PRISON]
950 SECOND AVE. PGH. PA, 15219
ALLEGHENY COURTHOUSE {DWNTWN}
FIFTH AND GRANT [ROSS ST]-[404]

## CIVIL COMPLAINT

ALL INMATES WILL AGREE WITH THE(E) POOR CONDITIONS TO WHICH PETITIONER #69042 SHALL

BRIEF [PLEAD] AND/OR PRESENT FACT(S):

SET FORWARD TO: WHICH I MYSELF PETITITIONER(S) #69042 #149560 #154254 AND PRIOR OR CURRENT INMATE(S)

1

INMATES SUCH AS WILLIAM FORD; ROBERT FRANTZ ROBERT FORD

TO: WHOM MYSELF GAJANAN ALTIDOR #69042 PETITIONER HAVE DEBATED [AND/OR] DISCUSSED SHALL I PETITIONER PROCEED FORWARD INTO WHAT I'M SURE EVERY OTHER INMATE, EMPLOYEE AND\OR COUNTY/CITY OFFICIAL AS WELL VOLUNTEER COULD ATEST TOO!
 OR MAYBE EVEN AGREE THESE ARE BELOW/UNDER CIVILIZED CONDITION... WHICH SOME WOULD LOVED TOO CONFIRM TO THE ACTUAL LEVEL OF THESE HARSH CONDITION(s) WITHIN 950 2nd AVE, 15219
 BUT, RATHER NOT COMMENT OR PROTEST TOO DUE TO THEIR LIVELIHOOD AND UNION OATH, WHOM COULD HONESTLY AGREE THAT INTERIOR HEALTH IS AT GRAVE RISK AND NOT ONLY THE(E)
 INMATE(s) SUFFER FROM INTERNAL HEALTH CONDITION(s) AND POOR COMMUNTIES/FAMILY'S' AND THEIR YOUTH, ARE NOT THE(E) ONLY ONE(s) AFFECTED.

 EXTERIOR HEALTH TREATMENT HAS SLOWED TO A BARE MINIMUM, THE HARSH CONDITIONS ARE NOW ACTUALLY BEING SUPPORTED WITHIN THIS PRISON SYSTEM WHICH LEAVES EVERYONE AFFECTED EVEN THOSE INNOCENT BY STANDARD(s) [WHICH AT ONE]–

2

## -[TIME]- WAS A VERY HEALTHY INSTITUTION

DUE TOO THE(E) AMOUNT OF YEARS AND THE BREACH\BREECH OF CONTRACT ON THE HISTORY BEHIND MAIN REASON SUPPORT AND FOUNDATION OF THIS PRISON WAS BUILT AND TO WHAT IT REPRESENTS...

AND FOR WHAT IT HAS EVOLVED INN, THE(E) NEW AMERICA HEALTH WILL NOT ONLY DETERIORATE

BUT MAY ALSO SUFFUCATE THE RESPIRATORY'S' OF PEOPLE CHILDREN AND UNBORN CHILD...

EFFECT ▓▓ HOW WE BADLY NEED TO BREATHE FRESH OF AIR ▓▓

## FACT SHEET

1. ACJ HAS NOT BEEN PROPERLY MAINTAINED;
1A. THE SEWER SYSTEM WREEK(S) WITH PLAGUE DIESEASE
B. (COMET,[SEWER SUPPLIES] HAVE BEEN WATERED
C. DISLENFECTANTS - TOILETS HAVE RESIDUE OF SCUM AND CRUD(E) SCABIES
D. BROKEN MOP BUCKETS, MOP HEADS WHICH BARELY GET CHANGED, BIO HAZARDOUS BAGS ARE NOT IN USE AS SHOULD, WHICH HELP STOP FROM SPREAD OF GERM AND DEADLY DISEIASES.
E) WASHER AND DRYER'S HAVE BEEN REMOVED W/ NO REPLACEMENT... LEAVING OPEN AN UNHOOKED GAS AN WATERS LINES CAUSING MERCER, STAFF ETC

3

# 4

**1.F) CLOSETS -**

WHICH AT ONE TIME HELD AND HOUSED THE PROPER SUPPLIES HAVE BEEN BLOCKED OFF BY SCREWED IN IRON BEAMS

LEADING PROBLEMS LIKE FLOODED CLOSETS NEXT TO SHOWERS CAUSING A NEW BREED OF MUTANT INSECTS NEVER SEEN

**2.A) RUSTED STRAP(S) DOORS IN THE SHOWER AREA** MAKING IT EASY FOR DANGEROUS ATTEMPTS FOR ESCAPES. LEAVING ROOM FOR DANGEROUS RUST PARTICLES IN SHOWER STALLS.

LEAVING AMERICA'S HEALTH AT RISKS AND/OR STATE OF EMERGENCY RIGHT IN THE MIDDLE OF THE DOWNTOWN

POOR VENTILATION INSIDE AND OUTSIDE THIS BUILDING WHICH WAS STARTED BUT NEVER FINISHED

TO BE CONTINUED...

**WHEREFORE**

PETITIONER # MR. ALTIDOR #69042 MAY CONTINUE THE COMPLAINT WITH DUE PERMISSION FROM THE(E) COMMONWEALTH MAYOR AND/OR GOVERNOR OR STATE REPERSENTITIVES PERMISSION

PRO-SE SUBMITTED RESPECTFULLY BY PETITIONER# 69042

IN RELIEF

I'M ASKING OUT OF DUE RESPECT THE ISSUE IN THE MATTERS FILED WITH THE CIVIL COURTS AND FILED ELECTRONICALLY EMAILED TO THE NECESSARY PEOPLE, PROGRAM SUPPORTER'S AND/OR CORPORATIONS AS WELL POLITICIANS PRESIDENT VICE PRESIDENT THE CAPITOL AND THE UNITED NATIONS OF THIS NEW AMERICA. AND NOT TO FORGET TO MENTION LAST BUT NOT LEAST MAYOR LUKE RAVENSTAHL GOVERNOR AND/OR STATE REPRESENTIVE'S IN HARRISBURGH PENNSYLVANIA, AS WELL CONGRESS...

FOR NOT ONLY A CONFERENCE BE HELD WITH CONGRESS AND STATE REPRESENTATIVES BUT ALSO WITH OUR UNITED NATIONS.

AND COMBINE THIS COMPLAINT WITH OTHERS SOME WHAT SIMILIAR IF NOT THE SAME HOLD CONFERENCE AND AS WELL FUND RAISING FOR A BATTLE WITH PLAGUE CREATE AN ACCOUNT ALONG WITH TRUSTED BANK PAY ORDER TO THOSE LIVE WHO HAVE BEEN LOST AND AS WELL LIVES WHOM ARE STILL AT STEAK AND A FOUNDATION PERMANTLY FUNDED FOR THE BATTLE AGAINST BACTERIA PLAQUE AND PLAGUE, DEADLY DIESEASE AND FOR THAT WE ALL MAY JOIN IN THE FIGHT FOR TO AMERICAS' SUPPORTER KEEPING OUR YOUTH SAFE

BY [signature]

IM A PETITIONER, MAYBE A DEFENDANT TO A SEVERAL THINGS BUT I WAS NOT BORN A/AN CRIMINAL.

THESE SOLUTIONS TO AMERICA'S GRAVE ISSUE ARE IN THE PROBLEM ITSELF... AND IT WE THE PEOPLE NEED THIS GREAT SOLUTION AS WE KNOW.

AND IF I AM LABELED APART OF THE PROBLEM AND NOT HEARD.

HOW COULD WE THE PEOPLE EVER FIND THE SOLUTION. WE BEEN HOUSED AND FED RELEASED JUST TO RETURN.

BUT HOW DO WE STAND DEVIDED AND WE FALL UNITED.

IF I, US, WE THE PEOPLE SHALL NOT TRUST THE REAL MCKOY TO BE ACCEPTED TOTALLY AND OR CONSIPATED FOR OUR PART IN THE SOLUTION FOR THE PROBLEMS THAT HAVE ONLY GROWN

AND SHALL NEVER CEASE IF THIS BEAUTIFUL NATION EXCLUDES US IN THE FIGHT AGAINST PLAGUE AND DEADLY DESIESE, PLEASE...

CIGGERETTE'S STUNT OUR GROWTH JUST AS WELL DISEASE STUNT THE GROWTH IN OUR SO BLESSED PLANTED TREES. HOW DO YOU BREETH?        BY PETITIONER # 69042